# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 02, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 17-14361-J
Case Style: Champs Sports Bar & Grill Co., et al v. Aaron Webster, et al
District Court Docket No: 1:16-cv-00012-MHC

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J/bjk
Phone #: (404) 335-6183

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-14361-J

_____

CHAMPS SPORTS BAR & GRILL CO.,
FASHIONADVICE.COM, LLC,
individually and on behalf of all others similarly situated
doing business as
Sam Malouf,
ARCHER'S BARBECUE, LLC,
WOKCHOW DEVELOPMENT, LLC,

                                                Plaintiffs - Appellees,

versus

MERCURY PAYMENT SYSTEMS, LLC.,
et al.,

                                                Defendants-Appellees,

MR. AARON WEBSTER,

                                                Interested Party - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Aaron Webster's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 02, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Davina C. Burney-Smith, J, Deputy Clerk

                                                FOR THE COURT - BY DIRECTION